# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| **PANTAURUS LLC,**<br><br>                    Plaintiff,<br><br>v.<br><br>**EHARMONY, INC.,**<br><br>                    Defendant. | Case No. 1:14-cv-442<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff PanTaurus LLC ("PanTaurus"), with the agreement of Defendant eHarmony, Inc. ("eHarmony"), files this agreed motion to dismiss with prejudice.  All claims in the above-captioned action have been settled under the terms of a separate agreement.  PanTaurus, therefore, moves this Court to dismiss this action and all claims asserted by PanTaurus against eHarmony, with prejudice, with each party to bear its own costs, attorney's fees and expenses.

Wherefore, Plaintiff PanTaurus respectfully requests that the Court enter the proposed order of dismissal submitted with this motion.


Dated: June 10, 2015                             Respectfully submitted,


                                                  */s/ Craig Tadlock*
                                                  Craig Tadlock
                                                  State Bar No. 00791766
                                                  John J. Harvey, Jr.
                                                  State Bar No. 09179770
                                                  Keith Smiley
                                                  State Bar No. 24067869
                                                  **TADLOCK LAW FIRM PLLC**
                                                  2701 Dallas Parkway, Suite 360

                                      Plano, Texas 75093
                                      903-730-6789
                                      craig@tadlocklawfirm.com
                                      john@tadlocklawfirm.com
                                      keith@tadlocklawfirm.com

*Attorneys for Plaintiff PanTaurus LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred by email with counsel for Defendant. Defendant's counsel has agreed to the form and substance of this motion. Accordingly, this motion is an agreed motion.

                                      */s/ Craig Tadlock*
                                      Craig Tadlock

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 10, 2015.

                                      */s/ Craig Tadlock*
                                      Craig Tadlock